UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY LEGION,

    Petitioner,

v.

KENNETH T. MCKEE,

    Respondent.
_____/

Case No. 15-cv-11463

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

## JUDGMENT

This action having come before the Court, and the Court having entered an Order of Dismissal without prejudice on this date.

**IT IS ORDERED AND ADJUDGED** that this case is summarily **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to challenge his state conviction in case number 05-40181.

Dated at Detroit, Michigan, this 30th, day of APRIL, 2015.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          BY: T. BANKSTON
                                          DEPUTY CLERK